IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW PINA AND HAYDEE LAZCANO, <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 3:23-cv-00082-KC |

## AGREED JUDGMENT

On this day came on for consideration an Agreed Judgment in the above-styled and numbered cause, which is presented to the Court pursuant to an agreement by the parties to this suit. In accordance with the agreement of the parties, the Court finds that this Agreed Judgment should be entered as a judgment in this matter.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that by and through Plaintiff Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F ("Wilmington"), its successors and assigns, the beneficiary of the Deed of Trust, is entitled to proceed with foreclosure of the property commonly known as 609 Bristol Dr., El Paso, Texas 79912 (the "Property") and is more particularly described as:

**Legal Description: Being the Description of .1342 Acres of Land, out of**

**PORTION OF LOT 20, BLOCK 6 WEST HILLS UNIT TWO**
City of El Paso, El Paso County Texas
and Being More Fully Described by Metes and Bounds as Follows:

Beginning at the: CITY MONUMENT AT THE INTERSECTION OF LAKEHURST ROAD AND BRISTOL DRIVE

THENCE. North 0 3' 5" West a Distance of 50.00 Ft. to a Point.

THENCE, 103.94 Ft. Along the Arc of a Curve to the Right,

Which has a Central Angle of 3 19' 43" a Radius of 1.789.19 Ft.

And a Chord Which Bears North 1 36'47" East a Distance of 103.93 Ft. To a Point;

THENCE. North 86 43'22" West a Distance of 30.00 Ft.
to the True Point of Beginning of the parcel herein described;

THENCE. North 86 43'22" West a Distance of 100.00 Ft. to a Point.

THENCE, North 2 22 26" East a Distance of 59.58 Ft. to a Point,

THENCE, South 84 54'57" East a Distance of 101.91 Ft. to a Point;

THENCE, 56.36 Ft. Along the Arc of a Curve to the Left.

which has a Central Angle of 1 46'31"
a Radius of 1.819.19 ft.
and a Chord which Bears South 4 9'54" West a Distance of 56.36 Ft. to the True Point of Beginning: And containing .1342 acres of land

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Wilmington and its successors and assigns is entitled to proceed with a non-judicial foreclosure sale under the terms of the Security Instrument, TEX. PROP. CODE § 51.002, and applicable law with respect to the secured Property made the subject of this proceeding.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the personal liability of the debt owed under the terms of the Loan Agreement was discharged in bankruptcy. Therefore, the foreclosure of the Property is set to proceed in rem only against the Property.

IT IS FURTHER ORDERED. ADJUDGED AND DECREED that Plaintiff shall bear its own costs, expenses, and attorney's fees.

This judgment finally disposes of all parties and all claims and is appealable.

Signed this ___9th___ day of ___September___ 2024.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

AGREED:

By: /s/ Mitchell A. Little
**MITCHELL A. LITTLE**
Attorney in Charge
Texas Bar No. 24138318
mlittle@mwzmlaw.com

**CRYSTAL G. GIBSON**
Texas Bar No. 24027322
cgibson@mwzmlaw.com

MACKIE WOLF ZIENTZ & MANN, P.C.
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

ATTORNEYS FOR PLAINTIFF


By: /s/ Haydee Lazcano
**HAYDEE LAZCANO**
PSC 37 BOX 4547
APO AE 09459

DEFENDANT, PRO SE


By: /s/ Matthew Pina
**MATTHEW PINA**
PSC 37 BOX 4547
APO AE 09459

DEFENDANT, PRO SE

---

AGREED JUDGMENT
MWZM: 23-000078-810

Page 3